IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| United States of America, | ) | CIVIL NO. 08-00117-HG-BMK |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Hubert W. Chang, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE'S
REPORT AND RECOMMENDATION

Report and Recommendation having been filed and served on all parties on

April 21, 2008, and no objections having been filed by any party,

//

//

//

//

//

//

//

//

//

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Report and Recommendation (Doc. 7) is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 7, 2008.



 /s/ Helen Gillmor_____

Chief United States District Judge